UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOLAN A. MUNOZ,<br><br>Plaintiff,<br><br>-against-<br><br>C.O. A. FIGUEROA; C.O. MARIANA T. CORDOVANO; C.O. JAMES D. EMSWORTH; C.O. MOORE, SGT. J. FIGUEROA; JOHN DOE 1; JOHN DOE 2; JOHN/JANE DOE MEDICAL STAFF 1-3,<br><br>Defendants. | 26-CV-8512 (KMK)<br><br>ORDER OF SERVICE |

KENNETH M. KARAS, United States District Judge:

Plaintiff, who currently resides in Florida and appears *pro se*, filed a Complaint dated September 20, 2026, pursuant to 42 U.S.C. § 1983. He alleges that in September 2023, during his incarceration at Fishkill Correctional Facility, Defendants subjected him to excessive force and denied him adequate medical attention for his resulting injuries. (Compl. 6, 9–14 (Dkt. No. 1).) Plaintiff moves for *pro bono* counsel. (*See generally* Pl.'s Motion to Appoint Counsel (Dkt. No. 3).)

By Order dated October 23, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the following reasons, the Court: (1) orders service on the identified Defendants; (2) directs the New York State Department of Corrections and Community Supervision ("DOCCS") and the New York State Attorney General's Office, under *Valentin v. Dinkins*, to identify the Doe Defendants; (3) notifies Defendants that Local Civil Rule 33.2 applies to this Action; and (4) denies the motion for counsel without prejudice.

## DISCUSSION

### A. Order of Service

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the assistance of the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within ninety days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and Complaint until the Court reviewed the Complaint and ordered that summonses be issued. The Court therefore extends the time to serve until ninety days after the date the summonses are issued. If the Complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants Sergeant J. Figueroa, Corrections Officer ("C.O.") A. Figueroa, C.O. Mariana T. Cordovano, C.O. James D. Emsworth, and C.O. Moore through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the

Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss this Action if Plaintiff fails to do so.

**B. *Valentin* Order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit the New York State Department of Corrections and Community Supervision ("DOCCS") and the New York State Attorney General's Office, under *Valentin v. Dinkins*, to identify the Doe corrections officers and medical staff who were involved in the alleged events occurring on September 28, 2023. (Compl. 9–12.) It is therefore ordered that the New York State Attorney General's Office, which is the attorney for and agent of the DOCCS, must ascertain the identity of each John or Jane Doe whom Plaintiff seeks to sue here, and the address where the defendant may be served. The New York State Attorney General's Office must provide this information to Plaintiff and the Court within sixty days of the date of this Order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John or Jane Doe defendants.[1] The amended complaint will replace, not supplement,

[1] The statute of limitations for Section 1983 claims is found in the "general or residual [state] statute [of limitations] for personal injury actions." *Pearl v. City of Long Beach*, 296 F.3d 76, 79 (2d Cir. 2002) (quoting *Owens v. Okure*, 488 U.S. 235, 249–50 (1989)). In New York, that period is three years. *See* N.Y. C.P.L.R. § 214(5). Section 1983 claims generally accrue when a plaintiff knows or has reason to know of the injury that is the basis of the claim. *Hogan v. Fischer*, 738 F.3d 509, 518 (2d Cir. 2013). The naming of "John Doe" or "Jane Doe" defendants does not toll the statute of limitations period governing Plaintiff's claims under Section 1983, and Plaintiff shall be responsible for ascertaining the true identity of any "John Doe" or "Jane Doe" defendants and amending his complaint to include the identity of any "John Doe" or "Jane Doe" defendants before the applicable statute of limitations period expires. Should Plaintiff seek

the original Complaint. An amended complaint form that Plaintiff should complete is attached to this Order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

**C. Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this Action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

**D. Motion for Counsel**

The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, Plaintiff's ability to investigate the facts and present the case without counsel, whether conflicting evidence will require cross-examination, the complexity of the legal issues, and whether appointment of counsel would otherwise lead to a more just determination. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers*, 802 F.2d 58, 61–62 (2d Cir. 1986). Here, Plaintiff has not indicated that he has made any efforts to obtain counsel independently. Accordingly, without

---

to add a new claim or party after the statute of limitations period has expired, he must meet the requirements of Rule 15(c) of the Federal Rules of Civil Procedure.

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

reaching the remaining factors, Plaintiff's motion for appointment of counsel is denied without prejudice to renewal. Any renewed motion should address all the relevant *Hodge* factors named above.

**CONCLUSION**

Plaintiff's Motion to Appoint Counsel, (dkt. no. 3), is denied without prejudice, and the Clerk of Court is directed to terminate it. The Clerk of Court is further instructed to:

A. Issue summonses for Defendants Sergeant J. Figueroa, Corrections Officer ("C.O.") A. Figueroa, C.O. Mariana T. Cordovano, C.O. James D. Emsworth, and C.O. Moore;
B. Complete the USM-285 form with the address for each Defendant;
C. Deliver all documents necessary to effect service to the U.S. Marshals Service;
D. Mail a copy of this Order and the Complaint to:
    a. Plaintiff at his address listed on the docket;
    b. The New York State Attorney General's Office at: Managing Attorney's Office, 28 Liberty Street, 16th Floor New York, N.Y. 10005; and
E. Mail an information package to Plaintiff at his address listed on the docket.

The following forms are attached to this Order:

A. Amended Complaint Form; and
B. Consent to Electronic Service Form, which Plaintiff may complete and submit to receive court documents by email.[3]

Parties should be aware that Local Civil Rule 33.2 applies to this Action.

SO ORDERED.

Dated: November 17, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Sergeant J. Figueroa
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508-0307

2. Corrections Officer A. Figueroa
   18 Strack Drive
   Beacon, New York 12508-0307

3. Corrections Officer Mariana T. Cordovano
   18 Strack Drive
   Beacon, New York 12508-0307

4. Corrections Officer James D. Emsworth
   18 Strack Drive
   Beacon, New York 12508-0307

5. Corrections Officer Moore
   18 Strack Drive
   Beacon, New York 12508-0307

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

**-against-**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. _________ ( )**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name_______________________________________________
ID#_______________________________________________
Current Institution_______________________________________________
Address_______________________________________________
_______________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _______________________________ Shield #_________
Where Currently Employed _______________________________
Address _______________________________________________
_______________________________________________

Defendant No. 2 Name ______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ______________________________________________________________
______________________________________________________________________

Defendant No. 3 Name ______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ______________________________________________________________
______________________________________________________________________

**Who did what?**

Defendant No. 4 Name ______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ______________________________________________________________
______________________________________________________________________

Defendant No. 5 Name ______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ______________________________________________________________
______________________________________________________________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

______________________________________________________________________
______________________________________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?

______________________________________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

D. Facts:_____________________________________________________________

**What happened to you?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**Was anyone else involved?**

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?
________________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
________________________________________________________________________

1. Which claim(s) in this complaint did you grieve?
________________________________________________________________________

________________________________________________________________________

2. What was the result, if any?
________________________________________________________________________

________________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
__________________________________________________________________
__________________________________________________________________
__________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ___________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

___________________________________________________________________________

___________________________________________________________________________

___________________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___________________________________________________________
Defendants _________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________
___________________________________________________________________________

_______3. Docket or Index number ____________________________________________

_______4. Name of Judge assigned to your case__________________________________

5. Approximate date of filing lawsuit _________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition_______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ________________________________
_________________________________________________________________________
_________________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___________________________________________________________
Defendants _________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________
___________________________________________________________________________

_______3. Docket or Index number ____________________________________________

_______4. Name of Judge assigned to your case__________________________________

5. Approximate date of filing lawsuit _________________________________________

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition___________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________
   ____________________________________________________________________________
   ____________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20___.

Signature of Plaintiff _______________________________________

Inmate Number _______________________________________

Institution Address _______________________________________

_______________________________________

_______________________________________

_______________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _______________________________________

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

Telephone Number | E-mail Address

Date | Signature

Click Here to Save